**644**

164 So. 918

## WILL HARVEY v. STATE.
### 4 Div. 237.

Court of Appeals of Alabama.
Nov. 26, 1935.

BRICKEN, Presiding Judge.
Affirmed.

165 So. 917

## Wheeler B. HARVILL v. STATE.
### 6 Div. 789.

Court of Appeals of Alabama.
Jan. 14, 1936.

BRICKEN, Presiding Judge.
Affirmed.

165 So. 917

## Chauncey HASE, alias Hayes, v. STATE.
### 7 Div. 151.

Court of Appeals of Alabama.
Jan. 21, 1936.

BRICKEN, Presiding Judge.
Appeal dismissed.

168 So. 905

## Powell HASSELL v. STATE.
### 6 Div. 928.

Court of Appeals of Alabama.
May 12, 1936.

BRICKEN, Presiding Judge.
Appeal dismissed.

169 So. 909

## Clarence HAYS, alias Cigar, v. STATE.
### 8 Div. 309.

Court of Appeals of Alabama.
June 9, 1936.

SAMFORD, Judge.
Affirmed.

164 So. 918

## J. N. HEADRICK v. STATE.
### 6 Div. 769.

Court of Appeals of Alabama.
Nov. 12, 1935.

H. E. Mitchell, of Cullman, for appellant.

A. A. Carmichael, Atty. Gen., for appellee.

SAMFORD, Judge.
Affirmed.

168 So. 905

## Walter HELM v. STATE.
### 6 Div. 927.
Court of Appeals of Alabama.
May 5, 1936.

RICE, Judge.
Appeal dismissed.

174 So. 900

## Leonard HENLEY v. STATE.
### 5 Div. 986.

Court of Appeals of Alabama.
April 20, 1937.

BRICKEN, Presiding Judge.
Appeal dismissed.